■ In the Matter of JAMES E. RICHARDSON et al., Appellants, v MURRAY TOWN COURT, Respondent. [907 NYS2d 891]—Appeal from a judgment (denominated order) of the Supreme Court, Orleans County (James J. Punch, A.J.), entered August 24, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Fahey, Sconiers, Pine and Gorski, JJ.